461 A.2d 612

**Carol WINPENNY, Appellant,**

v.

**Administrative Judge of the Domestic Relations Court, Frank MONTEMURO, Jr.**

**James B. Winpenny, III, Intervenor.**

Supreme Court of Pennsylvania.

Argued April 22, 1983.

Decided April 29, 1983.

Reargument Denied July 8, 1983.

Carol Winpenny, in pro. per.

Charles Johns, Philadelphia, for Judge Montemuro.

Paul L. Gelman, Philadelphia, Bernard Berman, Media, for James R. Winpenny.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

ORDER

PER CURIAM:

Order affirmed.